[No. 7521–1–II. Division Two. April 15, 1986.]

*In the Matter of the Marriage of* KELLY L. WARDLE, *Appellant, and* WILLIAM KENT WARDLE, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 83–3–00353–9, John H. Kirkwood, J., entered December 21, 1983. *Affirmed in part* and *reversed in part* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.

[No. 6945–1–III. Division Three. April 15, 1986.]

THE STATE OF WASHINGTON, *Appellant,* v. LENOR V. McKERNAN, *Respondent.*

Appeal from a judgment of the Superior Court for Adams County, No. 3243, Gordon Swyter, J., entered January 15, 1985. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.

[No. 6708–4–III. Division Three. April 15, 1986.]

LAYMAN LUMBER, INC., *Appellant,* v. WARREN & BREWSTER CO., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 82–2–01311–0, Walter A. Stauffacher, J., entered August 10, 1984. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.